```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

WILLIAM GIBSON,                  )
          Petitioner,            )
     v.                          )   C.A. No. 04-40036-DPW
                                 )
DAVID L. WINN,                   )
          Respondent.            )
```

## PROCEDURAL ORDER

For the reasons stated below, petitioner is directed to either pay the $5 filing fee for this action or submit an application to proceed without prepayment of fees with a certified prison account statement within 42 days of the date of this order.

## BACKGROUND

On March 11, 2004, petitioner William Gibson, an inmate at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241 challenging certain disciplinary proceedings. Gibson did not submit the $5 filing fee nor did he submit an application for waiver of the filing fee.

## ANALYSIS

A party filing a Section 2241 habeas corpus petition must either (1) pay the $5 filing fee for habeas corpus actions or (2) file an application to proceed without prepayment of fees. See 28 U.S.C. § 1914(a) (fees); § 1915 (proceedings in forma pauperis). An application for waiver of the filing fee must be accompanied by a document certifying the amount of funds on deposit to the

petitioner's credit at his institution of incarceration. See Rule 1(b) of the Rules Governing Section 2254 Cases (§ 2254 rules may be applied to other habeas applications at court's discretion); 3(a)(if petitioner desires to prosecute petition in forma pauperis, he shall file the affidavit required by § 1915 and a certified statement of amount of funds in prisoner's institutional account); 28 U.S.C. § 1915(a)(2). For the convenience of litigants, this Court provides a standardized form for fee waiver applications. Because petitioner has not submitted a filing fee or an application to waive the filing fee, he shall be granted additional time to do so.

## CONCLUSION

If petitioner wishes to proceed with this action, he shall, within 42 days of the date of this order, submit the $5 filing fee or an application to waive prepayment of the filing fee with a certified account statement for the 6-month period immediately preceding the filing of this petition or this action will be dismissed without prejudice for failure to pay the filing fee.

The Clerk is directed to send plaintiff an application to proceed without prepayment of fees and affidavit with this order.
SO ORDERED.
Dated at Boston, Massachusetts, this 16th day of March, 2004.

          s/ Douglas P. Woodlock
          DOUGLAS P. WOODLOCK
          UNITED STATES DISTRICT JUDGE