UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM GIBSON, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>DAVID L. WINN, )<br>)<br>    Respondent. )<br>) | Civil Action No. 04-40036-DPW |

**MOTION TO DISMISS**

As more fully demonstrated in the accompanying Memorandum in Support, the respondent, David L. Winn, Warden at the Federal Medical Center, Devens, Massachusetts, respectfully requests that this Court dismiss the above-captioned matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as the petitioner has failed to state a claim upon which relief can be granted.

                                        Respectfully submitted,

                                        UNITED STATES OF AMERICA
                                        By its attorney,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                          By:  /s/_____
                                Christopher R. Donato
                                Assistant U.S. Attorney
                                U.S. Attorney's Office
                                John Joseph Moakley Courthouse
                                Suite 9200
                                1 Courthouse Way
                                Boston, MA 02210
                                (617) 748-3303

### Rule 7.1(A)(2) Certification

Because the petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the United States respectfully requests leave to file this Motion without a 7.1 conference.


Dated: April 13, 2004                /s/_____
                                     Christopher R. Donato
                                     Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I certify that on this day a true copy of the respondent's Motion to Dismiss was served by first class mail, postage prepaid, upon the pro se petitioner at the following address:

William Gibson
#23848-038
FMC Devens
P.O. Box 879
Ayer, MA 01432


Dated: April 13, 2004                /s/_____
                                     Christopher R. Donato
                                     Assistant U.S. Attorney