```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

WILLIAM GIBSON,
    Petitioner,

    V.                  CIVIL ACTION NO. 4:04-40036-DPW

DAVID L. WINN,
    Respondent

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's electronic Order entered on the docket on July 18, 2004, denying the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated in the electronic Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                              BY THE COURT,


                                              /s/ Rebecca Greenberg

                                              Deputy Clerk

DATED: July 19, 2004